UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN C.H.C.F., et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1383 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In an order filed August 9, 2021, this court ordered plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis within 30 days. (ECF No. 3.) Plaintiff was cautioned that failure to comply with the August 9 order or seek an extension of time to do so would result in a recommendation that this action be dismissed.

　　　　Thirty days have passed and plaintiff has not paid the filing fee, filed a motion to proceed in forma pauperis, or otherwise responded to this court's August 9 order.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case; and

　　　　IT IS RECOMMENDED that this action be dismissed for plaintiff's failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

////

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/over1383.FTA fr